**\*\*E-filed 12/7/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HILL, et al., | No. C 10-2833 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING DATE** |
| KAISER FOUNDATION HEALTH PLAN, et al., | |
| Defendants. | |

Plaintiffs' application to continue the hearing date for defendants' motion to dismiss is granted in part. The hearing is hereby continued to January 27, 2011, at 1:30 p.m. The opposition shall be filed no later than January 13, 2011, and the reply shall be filed no later than January 20, 2011. The case management conference is hereby continued to February 24, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 12/7/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE