1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Law Office of Jeremy L. Friedman
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
   GORDON W. RENNEISEN, CA Bar No. 129794
5  Cornerstone Law Group
   595 Market Street, Suite 2360
6  San Francisco, CA 94105
   Telephone:  (415) 625-5025
7  Facsimile:    (415) 655-8236

8  KENDRA L. TANACEA, CA Bar No. 154843
   Law Offices of Kendra L. Tanacea
9  198 Corbett Avenue
   San Francisco, CA 94114
10 Telephone: (415) 934-8844
   Facsimile: (415) 934-8840
11
   Attorneys for plaintiffs
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
   BRENDA HILL, *et al*.,           )   Case No. 3:10-cv-2833 RS
17                                  )
      Plaintiffs,                   )   **NOTICE OF ASSOCIATION OF**
18                                  )   **CO-COUNSEL**
   vs.                              )
19                                  )
   KAISER FOUNDATION HEALTH         )
20 PLAN, INC; *et al*.,             )
                                    )
21    Defendants.                   )
   _____  )
22

         Plaintiffs Brenda Hill, Medhanie Berhe, Patsy Hardy, Michelle Mike, Evelynn
23
   Jennings, and Rena Harrison hereby provide notice of association of additional counsel:
24
   Gordon W. Renneisen, of Cornerstone Law Group, 595 Market Street, Suite 2360, San
25
   Francisco, CA 94105 (Telephone:  (415) 625-5025); and Kendra L. Tanacea, Law Offices
26
   of Kendra L. Tanacea, 198 Corbett Avenue, San Francisco, CA 94114 (Telephone: (415)
27
   934-8844).  Plaintiffs ask that these additional counsel be provided service of all notices
28


                    Notice of Association of Additional Counsel  – Page 1

1 and pleadings, and that the additional associated counsel be added to the Court's
2 electronic filing system to receive electronic notifications in this case.

3                              Respectfully submitted,

4 Dated: March 28, 2011        JEREMY L. FRIEDMAN
                               GORDON W. RENNEISEN
5                              KENDRA L. TANACEA

7              By:    /s/Jeremy L. Friedman
                      Jeremy L. Friedman
8                     Attorneys for plaintiffs