*E-Filed 4/11/11*

1  ROBERT A. DOLINKO, CA Bar No. 076256
   rdolinko@nixonpeabody.com
2  SETH L. NEULIGHT, CA Bar No. 184440
   sneulight@nixonpeabody.com
3  DEBORAH SCHWARTZ, Bar No. 208934
   dschwartz@nixonpeabody.com
4  PAUL R. LYND, CA Bar No. 202764
   plynd@nixonpeabody.com
5  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
6  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
7  Facsimile:  (415) 984-8300

8  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN,
9  INC., KAISER FOUNDATION HOSPITALS,
   and THE PERMANENTE MEDICAL
10 GROUP

11

JEREMY L. FRIEDMAN, CA Bar No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
jlfried@comcast.net

GORDON W. RENNEISEN, CA Bar No. 129794
Cornerstone Law Group
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone:  (415) 625-5025
Facsimile:  (415) 655-8236

KENDRA L. TANACEA, CA Bar No. 154843
Law Offices of Kendra L. Tanacea
198 Corbett Avenue
San Francisco, CA 94114
Telephone: (415) 934-8844
Facsimile: (415) 934-8840

12

13

14

Attorney for Plaintiffs
BRENDA HILL, MEDHANIE BERHE, PATSY
HARDY, MICHELLE MIKE, EVELYN
JENNINGS and RENA HARRISON

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18 | BRENDA HILL, MEDHANIE BERNE, PATSY
   | HARDY, MICHELLE MIKE, EVELYN
19 | JENNINGS and RENA HARRISON,

20 |                              Plaintiffs,

21 |          vs.

22 | KAISER FOUNDATION HEALTH PLAN,
   | INC.; KAISER FOUNDATION HOSPITALS;
23 | and THE PERMANENTE MEDICAL GROUP;
   | d/b/a KAISER PERMANENTE MEDICAL
24 | CARE PROGRAM,

25 |                              Defendants.

No. CV 10 2833-RS

**STIPULATION AND [PROPOSED] ORDER
RE: EXTENSION OF TIME FOR
DEFENDANTS' RESPONSE TO FIRST
AMENDED COMPLAINT**

26

27

28

        The parties to the above-entitled action, by and through their respective counsel, hereby

stipulate to entry by the Court of an Order as follows:

13420486.1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFS.' RESPONSE TO FAC

1    WHEREAS, the current deadline for Defendants' response to Plaintiffs' First Amended

2   Complaint is April 11, 2011; and

3    WHEREAS, on April 8, 2011, Defendants decided they wish to substitute in new counsel to

4   represent them in this action, and need time to transition the matter to the new counsel;

5    THEREFORE, the deadline for Defendants to file and serve their response to Plaintiffs' First

6   Amended Complaint shall be extended to and including May 2, 2011.

7    IT IS SO STIPULATED.

8
9   Dated:  April 8, 2011                JEREMY L. FRIEDMAN
                                         KENDRA L. TANACEA
10                                       GORDON W. RENNEISEN

11
12                                       By:  /S/ Gordon W. Renneisen

13                                       Attorney for Plaintiffs
                                         BRENDA HILL, MEDHANIE BERHE, PATSY HARDY,
14                                       MICHELLE MIKE, EVELYN JENNINGS and RENA
                                         HARRISON

15
16  Dated:  April 8, 2011                NIXON PEABODY LLP

17
18                                       By:  /S/ Seth L. Neulight
                                              Seth L. Neulight

19
20                                       Attorneys for Defendants
                                         KAISER FOUNDATION HEALTH PLAN, INC., KAISER
                                         FOUNDATION HOSPITALS, and
21                                       THE PERMANENTE MEDICAL GROUP

22

23

24

25

26

27

28

1

### DECLARATION OF SETH L. NEULIGHT

2          I, Seth L. Neulight, hereby declare:

3          1.       I am a partner in the law firm of Nixon Peabody LLP, counsel of record to Defendants

4   in the above-captioned action.  I make this declaration in support of the parties' joint Stipulation and

5   [Proposed] Order re: Extension of Time for Defendants' Response to First Amended Complaint.  The

6   facts set forth below are within my personal knowledge, and if called upon to testify to these facts I

7   could and would do so competently.

8          2.       In response to the Court's Order granting Defendants' Motion to Dismiss, Plaintiffs

9   filed their First Amended Complaint ("FAC") on March 38, 2011.  Defendants' statutory deadline for

10  filing their response to the FAC is April 11, 2011.

11         3.       This morning, April 8, 2011, I was notified that Defendants wish to substitute in new

12  counsel to represent them in this action.  I am informed and believe the firm of Paul Hastings LLP

13  will become counsel to Defendants upon the filing of a Substitution of Counsel which will occur as

14  soon as practicable.

15         4.       Good cause exists to extend the deadline for Defendants to file their response to the

16  FAC from April 11 to May 2, 2011.  This time period is needed to effect an orderly transition of the

17  case from our firm to Defendants' new counsel, including the delivery of case files, the review of

18  those files by the new counsel, and their preparation for the representation of Defendants in the

19  matter going forward.

20         I declare under penalty of perjury under the laws of the State of California and the United

21  States of America that the foregoing is true and correct.  Executed this 8th day of April, 2011, in San

22  Francisco, California.

23

24

25                    /S/Seth L. Neulight
                       Seth L. Neulight

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

This Court, having reviewed the parties' Stipulation, and good cause appearing, HEREBY ORDERS that the deadline for Defendants to file and serve their response to Plaintiffs' First Amended Complaint shall be extended to and including May 2, 2011.

IT IS SO ORDERED.

Dated: __4/11_____, 2011    _____
HONORABLE RICHARD SEEBORG
United States District Judge

13420486.1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFS.' RESPONSE TO FAC