*E-Filed 6/1/11*

1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)
   heathermorgan@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone:   (213) 683-6000 / Facsimile:  (213) 627-0705
5
   GINA GUARIENTI COOK (SB# 245611)
6  ginacook@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105
8  Telephone:   (415) 856-7000 / Facsimile:  (415) 856-7100\

9
   Attorneys for Defendants
10 KAISER FOUNDATION HEALTH PLAN, INC.,
   KAISER FOUNDATION HOSPITALS, and
11 THE PERMANENTE MEDICAL GROUP, INC.

12 [Plaintiffs' Counsel listed on next page.]

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 BRENDA HILL, MEDHANIE              Case No. CV 10 2833-RS
16 BERNE, PATSY HARDY,
   MICHELLE MIKE, EVELYN             **STIPULATION AND [~~PROPOSED~~] ORDER**
17 JENNINGS and RENA                 **CONCERNING THE RESETTING OF CERTAIN**
   HARRISON, on behalf of            **DUE DATES AND THE HEARING DATE FOR**
18 themselves and all others similarly **MOTIONS OF DEFENDANTS TO DISMISS**
   situated,                         **PLAINTIFFS' FIRST AMENDED COMPLAINT**
19                                    **OR IN THE ALTERNATIVE, TO STRIKE AND**
                                      **FOR A MORE DEFINITE STATEMENT**
20              Plaintiffs,
21        vs.                         [Fed. R. Civ. P. 12(b)(6), 12(f), 12(e)]

22 KAISER FOUNDATION HEALTH           Judge:        Hon. Richard Seeborg
   PLAN, INC.; KAISER                 Department:   Courtroom 3, 17th Floor
23 FOUNDATION HOSPITALS,
   INC.; and THE PERMANENTE           Complaint Filed:   June 28, 2010
24 MEDICAL GROUP, all doing
   business as KAISER                 Motions Currently Set For:  June 23, 2011 at 1:30 p.m.
25 PERMANENTE MEDICAL CARE            To Be Continued To:  August 25, 2011 at 1:30 p.m.
   PROGRAM,
26
              Defendants.
27
28

Case No. CV 10 28833-RS
STIP AND [PROPOSED] ORDER CONCERNING THE RESETTING OF CERTAIN DUE DATES … HEARING DATE FOR MOTIONS
OF DEFENDANTS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT …

1    GORDON W. RENNEISEN (SB# 129794)
     grenneisen@cornerlaw.com
2    CORNERSTONE LAW GROUP
     595 Market Street, Suite 2360
3    San Francisco, California 94105
     Telephone:      (415) 625-5025
4    Facsimile:      (415) 655-8236

5    JEREMY L. FRIEDMAN (SB# 142659)
     jlfried@comcast.net
6    Attorney At Law
     2801 Sylhowe Road
7    Oakland, California 94602
     Telephone:      (510) 530-9060
8    Facsimile:      (510)530-9087

9    KENDRA L. TANACEA (SB# 154843)
     Kendra.tanacea@sbcglobal.net
10   LAW OFFICES OF KENDRA L. TANACEA
     198 Corbett Avenue
11   San Francisco, California 94114
     Telephone:      (415) 934-8844
12   Facsimile:      (415) 934-8840

13   Attorneys for Plaintiffs
     BRENDA HILL, MEDHANIE BERNE,
14   PATSY HARDY, MICHELLE MIKE,
     EVELYN JENNINGS and RENA HARRISON

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 10 28833-RS                          1

STIP AND [PROPOSED] ORDER CONCERNING THE RESETTING OF CERTAIN DUE DATES … HEARING DATE FOR MOTIONS
OF DEFENDANTS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT …

1    IT IS HEREBY STIPULATED by and among the Plaintiffs, Brenda Hill,

2   Medhanie Berne, Patsy Hardy, Michelle Mike, Evelyn Jennings and Rena Harrison (hereinafter

3   "Plaintiffs"), by and through their counsel of record, Jeremy L. Friedman, Gordon W. Renneisen

4   of Cornerstone Law Group, and Kendra L. Tanacea of Law Offices of Kendra L. Tanacea, and

5   Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The

6   Permanente Medical Group, Inc. (hereinafter "Defendants"), by and through their counsel of

7   record, Nancy L. Abell of Paul, Hastings, Janofsky & Walker LLP, as follows:

8    WHEREAS, the parties met and conferred on May 17, 2011 regarding Defendants'

9   Motions to Dismiss Plaintiffs' First Amended Complaint or in the Alternative, To Strike and for a

10  More Definite Statement filed with the Court on May 2, 2011; and

11   WHEREAS, the parties have agreed to hold a second meet-and-confer

12  teleconference on June 23, 2011, after considering pertinent information in an effort to avoid the

13  necessity of a Court ruling on Defendants' Motions.

14   THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST:

15   1.    That the Court continue the hearing on Defendants' Motions to Dismiss

16  Plaintiffs' First Amended Complaint or in the Alternative, to Strike and for a More Definite

17  Statement, which is currently set for June 23, 2011 at 1:30 p.m., to August 25, 2011, at 1:30 p.m.;

18   2.    That the last day for Plaintiffs to file their Opposition to Defendants'

19  Motions to Dismiss Plaintiffs' First Amended Complaint or in the Alternative, to Strike and for a

20  More Definite Statement shall be:  August 4, 2011;

21   3.    That the last day for Defendants to file their reply to Plaintiffs' Opposition

22  to Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint or in the Alternative, to

23  Strike and for a More Definite Statement shall be:  August 11, 2011;

24   4.    That the last day for the parties to respond to discovery propounded on or

25  before May 16, 2011 shall be:  July 22, 2011; and

26   5.    That the last day for the parties to exchange Rule 26 Disclosures shall be:

27  July 22, 2011.

28

1    **<u>ORDER</u>**

2

3              IT IS SO ORDERED.

4

5    Dated: ___6/1/11_____         _____
                                                HONORABLE RICHARD SEEBORG
6                                               UNITED STATES DISTRICT JUDGE

7    Dated:  May 25, 2011

8    Respectfully Submitted By:

9    NANCY L. ABELL
     HEATHER A. MORGAN
10   PAUL, HASTINGS, JANOFSKY & WALKER LLP

11   By: _____/s/ Nancy L. Abell_____
                  NANCY L. ABELL
12

13   Attorneys for Defendants
     KAISER FOUNDATION HEALTH PLAN, INC.,
14   KAISER FOUNDATION HOSPITALS, and
     THE PERMANENTE MEDICAL GROUP, INC.
15

16

17   GORDON W. RENNEISEN
     CORNERSTONE LAW GROUP
18   JEREMY L. FRIEDMAN
     ATTORNEY AT LAW
19   KENDRA L. TANACEA
     LAW OFFICES OF KENDRA L. TANACEA
20

21   By: _____/s/ Gordon W. Renneisen_____
                  GORDON W. RENNEISEN
22

23   Attorneys for Plaintiffs
     BRENDA HILL, MEDHANIE BERNE,
24   PATSY HARDY, MICHELLE MIKE,
     EVELYN JENNINGS and RENA HARRISON
25

26   LEGAL_US_W # 67904413.2

27

28