*E-Filed 8/1/11*

NANCY L. ABELL (SB# 088785)
nancyabell@paulhastings.com
HEATHER A. MORGAN (SB# 177425)
heathermorgan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000 / Facsimile: (213) 627-0705

GINA GUARIENTI COOK (SB# 245611)
ginacook@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000 / Facsimile: (415) 856-7100\

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP, INC.

[Plaintiffs' Counsel listed on next page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>Defendants. | Case No. CV 10 2833-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING AND DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE, TO STRIKE AND FOR A MORE DEFINITE STATEMENT AS MODIFIED BY COURT**<br><br>Judge: Hon. Richard Seeborg<br>Department: Courtroom 3, 17th Floor<br><br>Complaint Filed: June 28, 2010 |

Case No. CV 10 28833-RS
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING AND MOTIONS RE FIRST AMENDED COMPLAINT

GORDON W. RENNEISEN
grenneisen@cornerlaw.com
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, California 94105
Telephone:   (415) 625-5025
Facsimile:   (415) 655-8236

JEREMY L. FRIEDMAN
jlfried@comcast.net
Attorney At Law
2801 Sylhowe Road
Oakland, California 94602
Telephone:   (510) 530-9060
Facsimile:   (510)530-9087

KENDRA L. TANACEA
Kendra.tanacea@sbcglobal.net
LAW OFFICES OF KENDRA L. TANACEA
198 Corbett Avenue
San Francisco, California 94114
Telephone:   (415) 934-8844
Facsimile:   (415) 934-8840

Attorneys for Plaintiffs
BRENDA HILL, MEDHANIE BERNE,
PATSY HARDY, MICHELLE MIKE,
EVELYN JENNINGS and RENA HARRISON
on behalf of themselves and all others similarly situated

1    IT IS HEREBY STIPULATED by and among the Plaintiffs, Brenda Hill,
2  Medhanie Berne, Patsy Hardy, Michelle Mike, Evelyn Jennings and Rena Harrison (hereinafter
3  "Plaintiffs"), by and through their counsel of record, Jeremy L. Friedman, Gordon W. Renneisen
4  of Cornerstone Law Group, and Kendra L. Tanacea of Law Offices of Kendra L. Tanacea, and
5  Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The
6  Permanente Medical Group, Inc. (hereinafter "Defendants"), by and through their counsel of
7  record, Nancy L. Abell of Paul, Hastings, Janofsky & Walker LLP, as set forth below.
8    WHEREAS:
9    1.    Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or in
10 the Alternative, to Strike and for a More Definite Statement (the "Motion to Dismiss"), is
11 currently set for hearing on August 25, 2011 and Plaintiffs' opposition papers are due on August
12 4, 2011.
13    2.    After Defendants filed the Motion to Dismiss, the parties met and
14 conferred regarding issues raised by the Motion and issues relating to Plaintiffs' First Amended
15 Complaint. The parties did not reach any agreements, but have now exchanged discovery
16 responses and Rule 26 disclosures, and expect to meet and confer further.
17    3.    Plaintiffs need more time in which to review documents produced by
18 Defendants and to decide whether or to what extent the assertions and allegations of the First
19 Amended Complaint should be altered or abandoned in a Second Amended Complaint.
20    4.    After Defendants filed the Motion to Dismiss, the United States Supreme
21 Court issued its decision in *Wal-Mart Stores, Inc. v. Dukes*, 180 L. Ed. 2d 374 (2011) ("*Wal-*
22 *Mart*"). To the extent that Defendants contend that *Wal-Mart* requires dismissal of any class
23 claims asserted by Plaintiffs in this action, the parties agree that – rather than having Defendants
24 raise *Wal-Mart* issues for the first time in reply papers regarding the pending Motion to Dismiss –
25 the interests of justice and judicial economy would be better served by full briefing of the *Wal-*
26 *Mart* issues.
27
28

1  THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY
2  REQUEST THE COURT TO ORDER THAT:
3  1. The hearing on Defendants' pending Motion to Dismiss, and Plaintiffs'
4  deadline for filing opposition papers, will be taken off calendar without prejudice to Defendants.
5  2. Plaintiffs will have until September 8, 2011 to file a Second Amended
6  Complaint or to notify Defendants that they do not intend to do so.
7  3. If Plaintiffs file a Second Amended Complaint on or before September 8,
8  2011, Defendants will immediately withdraw their currently pending Motion to Dismiss without
9  prejudice. Defendants then will have 30 days following the filing of the Second Amended
10 Complaint in which to file a responsive pleading, which may be a motion.
11 4. If Plaintiffs notify Defendants on or before September 8, 2011 that
12 Plaintiffs will not be filing a Second Amended Complaint, Defendants will have 30 days in which
13 to re-notice the Motion to Dismiss and to file a new memorandum of points and authorities
14 addressing any *Wal-Mart* issues which Defendants wish to bring to the attention of the Court.
15 5. The parties will not proceed with any further discovery until the earlier of
16 (i) the date that the Court rules on Defendants' pending Motion to Dismiss, or (ii) the date that the
17 Court rules on a motion filed by Defendants in response to any Second Amended Complaint filed
18 by Plaintiffs, or (iii) the date that Defendants file an answer.

**ORDER**

In light of the parties' stipulation, defendants' pending motion to dismiss is denied without prejudice. It may be renoticed as provided in the stipulation.

IT IS SO ORDERED.

Dated: 8/1/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Case No. CV 10 288-RS                    3
STIPULATION AND [PROPOSED] ORDER RE SCHEDULING AND MOTIONS RE FIRST AMENDED COMPLAINT

Dated: July 29, 2011

Respectfully Submitted By:

NANCY L. ABELL
HEATHER A. MORGAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Nancy L. Abell_____
        NANCY L. ABELL

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP, INC.


GORDON W. RENNEISEN
CORNERSTONE LAW GROUP

JEREMY L. FRIEDMAN
ATTORNEY AT LAW

KENDRA L. TANACEA
LAW OFFICES OF KENDRA L. TANACEA

By: _____/s/ Gordon W. Renneisen_____
        GORDON W. RENNEISEN

Attorneys for Plaintiffs
BRENDA HILL, MEDHANIE BERNE,
PATSY HARDY, MICHELLE MIKE,
EVELYN JENNINGS and RENA HARRISON
on behalf of themselves and all others similarly situated