1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)
   heathermorgan@paulhastings.com
3  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone:   (213) 683-6000 / Facsimile:    (213) 627-0705
5
   GINA GUARIENTI COOK (SB# 245611)
6  ginacook@paulhastings.com
   PAUL HASTINGS LLP
7  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105
8  Telephone:   (415) 856-7000 / Facsimile:    (415) 856-7100\

9  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
10 KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP, INC.
11

12 [Plaintiffs' Counsel listed on next page.]

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>Defendants. | Case No. CV 10 2833-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Richard Seeborg<br>Department:   Courtroom 3, 17th Floor<br><br>Complaint Filed:    June 28, 2010 |

Case No. CV 10 28833-RS

1  GORDON W. RENNEISEN
   grenneisen@cornerlaw.com
2  CORNERSTONE LAW GROUP
   595 Market Street, Suite 2360
3  San Francisco, California 94105
   Telephone:   (415) 625-5025
4  Facsimile:   (415) 655-8236

5  JEREMY L. FRIEDMAN
   jlfried@comcast.net
6  Attorney At Law
   2801 Sylhowe Road
7  Oakland, California 94602
   Telephone:   (510) 530-9060
8  Facsimile:   (510)530-9087

9  KENDRA L. TANACEA
   Kendra.tanacea@sbcglobal.net
10 LAW OFFICES OF KENDRA L. TANACEA
   198 Corbett Avenue
11 San Francisco, California 94114
   Telephone:   (415) 934-8844
12 Facsimile:   (415) 934-8840

13 Attorneys for Plaintiffs
   BRENDA HILL, MEDHANIE BERNE,
14 PATSY HARDY, MICHELLE MIKE,
   EVELYN JENNINGS and RENA HARRISON
15 on behalf of themselves and all others similarly situated

16

17

18

19

20

21

22

23

24

25

26

27

28

1   IT IS HEREBY STIPULATED by and among the Plaintiffs, Brenda Hill,
2   Medhanie Berne, Patsy Hardy, Michelle Mike, Evelyn Jennings and Rena Harrison (hereinafter
3   "Plaintiffs"), by and through their counsel of record, Jeremy L. Friedman, Gordon W. Renneisen
4   of Cornerstone Law Group, and Kendra L. Tanacea of Law Offices of Kendra L. Tanacea, and
5   Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The
6   Permanente Medical Group, Inc. (hereinafter "Defendants"), by and through their counsel of
7   record, Nancy L. Abell of Paul Hastings LLP, as set forth below.
8   WHEREAS:
9   1.   In accordance with the Court's Order of August 1, 2011, Plaintiffs filed a
10  Second Amended Complaint on September 8, 2011,
11  2.   In accordance with the Court's Order of August 1, 2011, Defendants have
12  30 days from the filing of the Second Amended Complaint in which to file a Motion to Dismiss
13  Plaintiffs' Second Amended Complaint or in the Alternative, to Strike and for a More Definite
14  Statement (the "Motion to Dismiss").
15  3.   Defendants intend to file a Motion to Dismiss. Defendants in part contend
16  that the class definition set forth in the Second Amended Complaint is too vague and overly
17  broad. Defendants will in part seek an order dismissing all class allegations set forth in the
18  Second Amended Complaint or, in the alternative, requiring Plaintiffs to provide a more definite,
19  narrower class definition.
20  4.   A Case Management Conference currently is set for September 29, 2011.
21  The Court's May 5, 2011 Order provides that, prior to the September 29 Case Management
22  Conference, the parties are to file an updated Joint Case Management Statement, together with a
23  proposed comprehensive pre-class-certification discovery schedule (including any proposals re
24  limitations or modifications of discovery rules) and a proposed briefing and hearing schedule for
25  the motion for class certification.
26  5.   The parties have concluded that it would not be practicable to prepare a
27  comprehensive pre-class-certification discovery schedule or a proposed briefing and hearing
28  schedule for the motion for class certification until after the Court has ruled on the Motion to

Dismiss and the parties know whether (a) the case will be litigated based on the class definition set forth in the Second Amended Complaint, (b) the Court will grant Defendants' motion to dismiss all class allegations set forth in the Second Amended Complaint, or (c) the Court will grant Defendants' alternative motion for an order requiring Plaintiffs to provide a more definite, narrower class definition.

6. Although the parties have exchanged Rule 26 disclosures and an initial round of discovery responses, it would not be practicable to conduct depositions or a new round of written discovery relating to class certification issues before the Court rules on the Motion to Dismiss. The Court's August 1, 2011 Order in part provides: "The parties will not proceed with any further discovery until the earlier of . . . the date that the Court rules on a motion filed by Defendants in response to any Second Amended Complaint filed by Plaintiffs, or . . . the date that Defendants file an answer."

THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1. The Case Management Conference currently set for September 29, 2011 will be rescheduled for December 15, 2011.

2. The parties will have until December 1, 2011 to file an updated Joint Case Management Statement, together with a proposed comprehensive pre-class-certification discovery schedule (including any proposals re limitations or modifications of discovery rules) and a proposed briefing and hearing schedule for the motion for class certification.

**ORDER**

IT IS SO ORDERED.

Dated: 9/15/11 _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Case No. CV 10 288-RS  3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

Dated: September 14, 2011

Respectfully Submitted By:

NANCY L. ABELL
HEATHER A. MORGAN
PAUL HASTINGS LLP

By:     /s/ Nancy L. Abell
       NANCY L. ABELL

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP, INC.


GORDON W. RENNEISEN
CORNERSTONE LAW GROUP

JEREMY L. FRIEDMAN
ATTORNEY AT LAW

KENDRA L. TANACEA
LAW OFFICES OF KENDRA L. TANACEA

By:     /s/ Gordon W. Renneisen
       GORDON W. RENNEISEN

Attorneys for Plaintiffs
BRENDA HILL, MEDHANIE BERNE,
PATSY HARDY, MICHELLE MIKE,
EVELYN JENNINGS and RENA HARRISON
on behalf of themselves and all others similarly situated

LEGAL_US_W # 69117362.2