1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)
   heathermorgan@paulhastings.com
3  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone:   (213) 683-6000 / Facsimile:   (213) 627-0705
5
   GINA GUARIENTI COOK (SB# 245611)
6  ginacook@paulhastings.com
   PAUL HASTINGS LLP
7  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105
8  Telephone:   (415) 856-7000 / Facsimile:   (415) 856-7100\

9  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
10 KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP, INC.
11
12 [Plaintiffs' Counsel listed on next page.]

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON, on behalf of themselves and all others similarly situated, | Case No. CV 10 2833-RS |
| | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | Judge:       Hon. Richard Seeborg |
| | Department:  Courtroom 3, 17th Floor |
| vs. | Complaint Filed:   June 28, 2010 |
| KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM, | |
| Defendants. | |

Case No. CV 10 28833-RS

| | |
|---|---|
| 1 | GORDON W. RENNEISEN |
| | grenneisen@cornerlaw.com |
| 2 | CORNERSTONE LAW GROUP |
| | 595 Market Street, Suite 2360 |
| 3 | San Francisco, California 94105 |
| | Telephone:    (415) 625-5025 |
| 4 | Facsimile:     (415) 655-8236 |
| 5 | JEREMY L. FRIEDMAN |
| | jlfried@comcast.net |
| 6 | Attorney At Law |
| | 2801 Sylhowe Road |
| 7 | Oakland, California 94602 |
| | Telephone:    (510) 530-9060 |
| 8 | Facsimile:     (510)530-9087 |
| 9 | KENDRA L. TANACEA |
| | Kendra.tanacea@sbcglobal.net |
| 10 | LAW OFFICES OF KENDRA L. TANACEA |
| | 198 Corbett Avenue |
| 11 | San Francisco, California 94114 |
| | Telephone:    (415) 934-8844 |
| 12 | Facsimile:     (415) 934-8840 |
| 13 | Attorneys for Plaintiffs |
| | BRENDA HILL, MEDHANIE BERNE, |
| 14 | PATSY HARDY, MICHELLE MIKE, |
| | EVELYN JENNINGS and RENA HARRISON |
| 15 | on behalf of themselves and all others similarly situated |

Case No. CV 10 28833-RS                                     1
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
...

1  IT IS HEREBY STIPULATED by and among the Plaintiffs, Brenda Hill, Medhanie Berne, Patsy Hardy, Michelle Mike, Evelyn Jennings and Rena Harrison (hereinafter "Plaintiffs"), by and through their counsel of record, Jeremy L. Friedman, Gordon W. Renneisen of Cornerstone Law Group, and Kendra L. Tanacea of Law Offices of Kendra L. Tanacea, and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc. (hereinafter "Defendants"), by and through their counsel of record, Nancy L. Abell of Paul Hastings LLP, as set forth below.

WHEREAS:

1. In accordance with the Court's Order of August 1, 2011, Plaintiffs filed a Second Amended Complaint on September 8, 2011,

2. In accordance with the Court's Order of August 1, 2011, Defendants have 30 days from the filing of the Second Amended Complaint in which to file a Motion to Dismiss Plaintiffs' Second Amended Complaint or in the Alternative, to Strike and for a More Definite Statement (the "Motion to Dismiss").

3. Defendants intend to file a Motion to Dismiss. Defendants in part contend that the class definition set forth in the Second Amended Complaint is too vague and overly broad. Defendants will in part seek an order dismissing all class allegations set forth in the Second Amended Complaint or, in the alternative, requiring Plaintiffs to provide a more definite, narrower class definition.

4. A Case Management Conference currently is set for September 29, 2011. The Court's May 5, 2011 Order provides that, prior to the September 29 Case Management Conference, the parties are to file an updated Joint Case Management Statement, together with a proposed comprehensive pre-class-certification discovery schedule (including any proposals re limitations or modifications of discovery rules) and a proposed briefing and hearing schedule for the motion for class certification.

5. The parties have concluded that it would not be practicable to prepare a comprehensive pre-class-certification discovery schedule or a proposed briefing and hearing schedule for the motion for class certification until after the Court has ruled on the Motion to

1  Dismiss and the parties know whether (a) the case will be litigated based on the class definition
2  set forth in the Second Amended Complaint, (b) the Court will grant Defendants' motion to
3  dismiss all class allegations set forth in the Second Amended Complaint, or (c) the Court will
4  grant Defendants' alternative motion for an order requiring Plaintiffs to provide a more definite,
5  narrower class definition.

6.    Although the parties have exchanged Rule 26 disclosures and an initial round of discovery responses, it would not be practicable to conduct depositions or a new round of written discovery relating to class certification issues before the Court rules on the Motion to Dismiss. The Court's August 1, 2011 Order in part provides: "The parties will not proceed with any further discovery until the earlier of . . . the date that the Court rules on a motion filed by Defendants in response to any Second Amended Complaint filed by Plaintiffs, or . . . the date that Defendants file an answer."

THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1.    The Case Management Conference currently set for September 29, 2011 will be rescheduled for December 15, 2011.

2.    The parties will have until December 1, 2011 to file an updated Joint Case Management Statement, together with a proposed comprehensive pre-class-certification discovery schedule (including any proposals re limitations or modifications of discovery rules) and a proposed briefing and hearing schedule for the motion for class certification.

**ORDER**

IT IS SO ORDERED.

Dated:  9/15/11                           _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

Case No. CV 10 288-RS                  3

1  Dated: September 14, 2011

2  Respectfully Submitted By:

3  NANCY L. ABELL
   HEATHER A. MORGAN
4  PAUL HASTINGS LLP

5
   By:      /s/ Nancy L. Abell
6               NANCY L. ABELL

7  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
8  KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP, INC.
9

10

11 GORDON W. RENNEISEN
   CORNERSTONE LAW GROUP
12 JEREMY L. FRIEDMAN
   ATTORNEY AT LAW
13
   KENDRA L. TANACEA
14 LAW OFFICES OF KENDRA L. TANACEA

15 By:      /s/ Gordon W. Renneisen
              GORDON W. RENNEISEN
16

17 Attorneys for Plaintiffs
   BRENDA HILL, MEDHANIE BERNE,
18 PATSY HARDY, MICHELLE MIKE,
   EVELYN JENNINGS and RENA HARRISON
19 on behalf of themselves and all others similarly situated

20

21 LEGAL_US_W # 69117362.2

22

23

24

25

26

27

28

Case No. CV 10 288-RS                    4

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE