**\*\*E-filed 10/31/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRENDA HILL, et al.,

      Plaintiffs,

  v.

KAISER FOUNDATION HEALTH PLAN, et al.,

      Defendants.
_____/

No. C 10-2833 RS

**ORDER GRANTING REQUEST TO EXTEND FILING DEADLINE FOR OPPOSITION BRIEF**

Explaining that they were unaware of the recent amendment to Civil Local Rule 7 that requires briefing schedules to be calculated from the motion filing date rather than the noticed hearing date, plaintiffs seek leave to submit their opposition to the pending motion to dismiss on or before November 10, 2011, the date that it would have been due under the former version of the rule. Counsel have a duty to implement office management procedures to ensure that their knowledge of the rules remains current at all times. Nevertheless, in light of the interest in deciding issues on the merits, and the lack of any cognizable prejudice to defendants, the request is granted, and the deadline for opposition is extended to November 10, 2011. Any reply shall be filed on or before November 17, 2011

IT IS SO ORDERED.

Dated: October 31, 2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE