| | |
|---|---|
| 1 | NANCY L. ABELL (SB# 088785) |
| | nancyabell@paulhastings.com |
| 2 | HEATHER A. MORGAN (SB# 177425) |
| | heathermorgan@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 515 South Flower Street, Twenty-Fifth Floor |
| 4 | Los Angeles, CA  90071-2228 |
| | Telephone:   (213) 683-6000 / Facsimile:    (213) 627-0705 |
| 5 | |
| | GINA GUARIENTI COOK (SB# 245611) |
| 6 | ginacook@paulhastings.com |
| | PAUL HASTINGS LLP |
| 7 | 55 Second Street, Twenty-Fourth Floor |
| | San Francisco, CA  94105 |
| 8 | Telephone:   (415) 856-7000 / Facsimile:    (415) 856-7100\ |
| 9 | |
| | Attorneys for Defendants |
| 10 | KAISER FOUNDATION HEALTH PLAN, INC., |
| | KAISER FOUNDATION HOSPITALS, and |
| 11 | THE PERMANENTE MEDICAL GROUP, INC. |
| 12 | [Plaintiffs' Counsel listed on next page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON, on behalf of themselves and all others similarly situated, | Case No. CV 10 2833-RS |
| | | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| | Plaintiffs, | Judge:         Hon. Richard Seeborg |
| | | Department:  Courtroom 3, 17th Floor |
| | vs. | Complaint Filed:   June 28, 2010 |
| | KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP, all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM, | |
| | Defendants. | |

1 | GORDON W. RENNEISEN
grenneisen@cornerlaw.com
2 | CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
3 | San Francisco, California 94105
Telephone:   (415) 625-5025
4 | Facsimile:    (415) 655-8236

5 | JEREMY L. FRIEDMAN
jlfried@comcast.net
6 | Attorney At Law
2801 Sylhowe Road
7 | Oakland, California 94602
Telephone:   (510) 530-9060
8 | Facsimile:    (510)530-9087

9 | KENDRA L. TANACEA
Kendra.tanacea@sbcglobal.net
10 | LAW OFFICES OF KENDRA L. TANACEA
198 Corbett Avenue
11 | San Francisco, California 94114
Telephone:   (415) 934-8844
12 | Facsimile:    (415) 934-8840

Attorneys for Plaintiffs
BRENDA HILL, MEDHANIE BERNE,
PATSY HARDY, MICHELLE MIKE,
EVELYN JENNINGS and RENA HARRISON,
on behalf of themselves and all others similarly situated

1   IT IS HEREBY STIPULATED by and among the Plaintiffs, Brenda Hill,
2   Medhanie Berne, Patsy Hardy, Michelle Mike, Evelyn Jennings and Rena Harrison (hereinafter
3   "Plaintiffs"), by and through their counsel of record, Jeremy L. Friedman, Gordon W. Renneisen
4   of Cornerstone Law Group, and Kendra L. Tanacea of Law Offices of Kendra L. Tanacea, and
5   Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The
6   Permanente Medical Group, Inc. (hereinafter "Defendants"), by and through their counsel of
7   record, Nancy L. Abell and Heather A. Morgan of Paul Hastings LLP, as set forth below.
8   WHEREAS:
9   1.   In accordance with the Court's Order of August 1, 2011, Plaintiffs filed a
10  Second Amended Complaint on September 8, 2011,
11  2.   Defendants timely filed a Motion to Dismiss Plaintiffs' Second Amended
12  Complaint or, in the Alternative, to Strike and for a More Definite Statement (the "Motion to
13  Dismiss" or the "Motion").  Defendants' Motion in part seeks an order dismissing all class
14  allegations set forth in the Second Amended Complaint or, in the alternative, requiring Plaintiffs
15  to provide a more definite, narrower class definition
16  3.   Plaintiffs oppose Defendants' Motion to Dismiss and the Motion has been
17  fully briefed.  It is set for hearing on December 1, 2011.
18  4.   A Case Management Conference currently is set for December 15, 2011.
19  By December 1, 2011, the parties are to file an updated Joint Case Management Statement,
20  together with a proposed, comprehensive, pre-class-certification discovery schedule (including
21  any proposals re limitations or modifications of discovery rules) and a proposed briefing and
22  hearing schedule for the motion for class certification
23  5.   Under the current schedule, the parties would have to prepare the Joint
24  Case Management Statement and proposed, pre-class-certification discovery schedule before
25  arguing the Motion to Dismiss or receiving the Court's ruling on it.
26  6.   The parties have concluded that it would not be practicable to prepare a
27  comprehensive, pre-class-certification discovery schedule or a proposed briefing and hearing
28  schedule for the motion for class certification until after the Court has ruled on the Motion to

1  Dismiss and the parties know whether (a) the case will be litigated based on the class definition
2  set forth in the Second Amended Complaint, (b) the Court will grant Defendants' motion to
3  dismiss all class allegations set forth in the Second Amended Complaint, or (c) the Court will
4  grant Defendants' alternative motion for an order requiring Plaintiffs to provide a more definite,
5  narrower class definition.

6      7. Although the parties have exchanged Rule 26 disclosures and an initial
7  round of discovery responses, it would not be practicable to conduct depositions or a new round
8  of written discovery relating to class certification issues before the Court rules on the Motion to
9  Dismiss. The Court's August 1, 2011 Order in part provides: "The parties will not proceed with
10 any further discovery until the earlier of . . . the date that the Court rules on a motion filed by
11 Defendants in response to any Second Amended Complaint filed by Plaintiffs, or . . . the date that
12 Defendants file an answer."

13      THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY
14 REQUEST THE COURT TO ORDER THAT:

15      1. The Case Management Conference currently set for December 15, 2011
16 will be rescheduled for February 2, 2012.

17      2. The parties will have until January 19, 2012 to file an updated Joint Case
18 Management Statement, together with a proposed, comprehensive, pre-class-certification
19 discovery schedule (including any proposals re limitations or modifications of discovery rules)
20 and a proposed briefing and hearing schedule for the motion for class certification.

**ORDER**

IT IS SO ORDERED.

Dated: 11/22/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Case No. CV 10 2833-RS     3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1  Dated: November 22, 2011

2  Respectfully Submitted By:

3  NANCY L. ABELL
   HEATHER A. MORGAN
4  PAUL HASTINGS LLP

5  By:  /s/ Nancy L. Abell
6           NANCY L. ABELL

7  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
8  KAISER FOUNDATION HOSPITALS, and
   THE PERMANENTE MEDICAL GROUP, INC.
9

10

11 GORDON W. RENNEISEN
   CORNERSTONE LAW GROUP
12 JEREMY L. FRIEDMAN
   ATTORNEY AT LAW
13
   KENDRA L. TANACEA
14 LAW OFFICES OF KENDRA L. TANACEA

15 By:  /s/ Gordon W. Renneisen
16          GORDON W. RENNEISEN

17 Attorneys for Plaintiffs
   BRENDA HILL, MEDHANIE BERNE,
18 PATSY HARDY, MICHELLE MIKE,
   EVELYN JENNINGS and RENA HARRISON
19 on behalf of themselves and all others similarly situated

20

21 LEGAL_US_W # 69705889.1

22

23

24

25

26

27

28

Case No. CV 10 2833-RS                     4
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE