*e-filed 2/22/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP; d/b/a KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>Defendant. | No. CV 10 2833-RS<br><br>[~~PROPOSED~~] ORDER<br><br>Hon. Richard Seeborg<br><br><u>Case Management Conference:</u><br>February 2, 2012 at 10:00 a.m. |

1  Based upon the foregoing Joint Case Management Statement, and good cause
2  appearing, the Court HEREBY ORDERS AS FOLLOWS:
3  The Updated Joint Case Management Statement and Proposed Order is hereby
4  adopted for this case and the parties are ordered to comply with this order.  A further Case
5  Management Conference is set for June 14, 2012 at 10:00 a.m.
6  IT IS SO ORDERED.
7  DATED: __2/22_____, 2012  _____
   THE HONORABLE RICHARD G. SEEBORG
8  UNITED STATES DISTRICT JUDGE