IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HILL, MEDHANIE BERHE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS, and RENA HARRISON, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; and THE PERMANENTE MEDICAL GROUP; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM,<br><br>      Defendants.<br>_____/ | No. C 10-02833<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     DISCOVERY.

      On or before February 15, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) eighteen (18) non-expert depositions; (b) fifteen (15) interrogatories for each of the named plaintiff's individual claims, one set of fifteen (15) interrogatories for each named plaintiff, and an additional thirty (30) interrogatories to the

1 other side as a group; (c) a reasonable number of requests for production of documents or for
2 inspection per party; and (d) a reasonable number of requests for admission per party.

3     2.    EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
4 opinions with respect to class certification shall proceed as follows:

5     A.    On or before February 1, 2013, expert reports will be due in accordance with
6 Federal Rule of Civil Procedure 26(a)(2).

7     B.    On or before March 25, 2013, 2012, parties will submit reports of their
8 supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

9     C.    On or before August 2, 2013, all discovery of expert witnesses pursuant to
10 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

11     3.    CLASS CERTIFICATION MOTION. The motion for class certification must be
12 filed and served pursuant to Civil Local Rule 7. The motion will be heard on **October 17, 2013**
13 **at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue,
14 San Francisco, California.

15     4.    FURTHER SCHEDULING. All further scheduling will take place at a Case
16 Management Conference to be held shortly after the ruling on class certification.

19     IT IS SO ORDERED.

21 DATED: 10/15/12

                                RICHARD SEEBORG
                                United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2