1

2

3

4 IN THE UNITED STATES DISTRICT COURT

5 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6 SAN FRANCISCO DIVISION

7

8 BRENDA HILL, MEDHANIE BERHE,      No. C 10-02833
PATSY HARDY, MICHELLE MIKE,
EVELYN JENNINGS, and RENA

9 HARRISON, on behalf of themselves and all     **CASE MANAGEMENT**
others similarly situated,                            **SCHEDULING ORDER**

10

11         Plaintiffs,

   v.

12

13 KAISER FOUNDATION HEALTH PLAN,
INC.; KAISER FOUNDATION

14 HOSPITALS, INC.; and THE
PERMANENTE MEDICAL GROUP; all

15 doing business as KAISER PERMANENTE
MEDICAL CARE PROGRAM,

16

17         Defendants.
_____/

18

19       Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

20 Case Management Conference on October 15, 2012.  After considering the Joint Case

21 Management Statement submitted by the parties and consulting with the attorneys of record for

22 the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

23       1.      DISCOVERY.

24       On or before February 15, 2013, all non-expert discovery shall be completed by the

25 parties.  Discovery shall be limited as follows: (a) eighteen (18) non-expert depositions; (b)

26 fifteen (15) interrogatories for each of the named plaintiff's individual claims, one set of fifteen

27 (15) interrogatories for each named plaintiff, and an additional thirty (30) interrogatories to the

28

United States District Court
For the Northern District of California

1   other side as a group; (c) a reasonable number of requests for production of documents or for

2   inspection per party; and (d) a reasonable number of requests for admission per party.

3        2.     EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

4   opinions with respect to class certification shall proceed as follows:

5        A.     On or before February 1, 2013, expert reports will be due in accordance with

6   Federal Rule of Civil Procedure 26(a)(2).

7        B.     On or before March 25, 2013, 2012, parties will submit reports of their

8   supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

9        C.     On or before August 2, 2013, all discovery of expert witnesses pursuant to

10   Federal Rule of Civil Procedure 26(b)(4) shall be completed.

11        3.     CLASS CERTIFICATION MOTION.  The motion for class certification must be

12   filed and served pursuant to Civil Local Rule 7.  The motion will be heard on **October 17, 2013**

13   **at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue,

14   San Francisco, California.

15        4.     FURTHER SCHEDULING.  All further scheduling will take place at a Case

16   Management Conference to be held shortly after the ruling on class certification.

17

18

19        IT IS SO ORDERED.

20

21   DATED:    10/15/12

22

23                         RICHARD SEEBORG
                      United States District Judge

24

25

26

27                         CASE MANAGEMENT SCHEDULING ORDER

28

2