1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)
   heathermorgan@paulhastings.com
3  JAN E. EAKINS (SB# 100612)
   janeakins@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA 90071-2228
   Telephone: (213) 683-6000
6  Facsimile: (213) 627-0705

7  GINA GUARIENTI COOK (SB# 245611)
   ginacook@paulhastings.com
8  PAUL HASTINGS LLP
   55 Second Street, Twenty-Fourth Floor
9  San Francisco, CA 94105
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100

11 Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN,
12 INC., KAISER FOUNDATION HOSPITALS,
   and THE PERMANENTE MEDICAL
13 GROUP, INC.

14 *Plaintiffs' Counsel listed on next page*

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  BRENDA HILL, MEDHANIE BERNE, PATSY HARDY, MICHELLE MIKE, EVELYN 20  JENNINGS and RENA HARRISON on behalf of themselves and all others similarly situated, 21 Plaintiffs, 22 vs. 23 KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; 24  and THE PERMANENTE MEDICAL GROUP; 25  d/b/a KAISER PERMANENTE MEDICAL CARE PROGRAM, 26 Defendants. | No. CV 10 2833-RS  **STIPULATION AND [PROPOSED] ORDER RE REFERENCE TO A MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES, DISCOVERY STAY, AND OTHER SCHEDULING ISSUES** AS MODIFIED BY COURT |

27

28

---

Case No. CV 10 2833-RS              STIP & [PROPOSED] ORDER RE REFERENCE TO A MAGISTRATE JUDGE
                                    FOR SETTLEMENT PURPOSES, DISCOVERY STAY & OTHER ISSUES

1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   jlfried@comcast.net
2  Attorney At Law
   2801 Sylhowe Road
3  Oakland, CA 94602
   Telephone: (510) 530-9060
4  Facsimile: (510) 530-9087

5  GORDON W. RENNEISEN, CA Bar No. 129794
   grenneisen@cornerlaw.com
6  HARRY G. LEWIS, CA Bar No. 157705
   hlewis@cornerlaw.com
7  Cornerstone Law Group
   575 Market Street, Suite 2360
8  San Francisco, CA 94105
   Telephone:  (415) 625-5025
9  Facsimile:  (415) 655-8236

10 KENDRA L. TANACEA, CA Bar No. 154843
   kendra.tanacea@sbcglobal.net
11 Law Offices of Kendra L. Tanacea
   198 Corbett Avenue
12 San Francisco, CA 94114
   Telephone: (415) 934-8844
13 Facsimile: (415) 934-8840

14 Attorneys for Plaintiffs and all others similarly situated

-2-

Case No. CV 10 2833-RS                STIP & [PROPOSED] ORDER RE REFERENCE TO A MAGISTRATE JUDGE
                                      FOR SETTLEMENT PURPOSES, DISCOVERY STAY & OTHER ISSUES

Plaintiffs Brenda Hill, Medhanie Berhe, Patsy Hardy, Michelle Mike, Evelynn Jennings successor in interest, and Rena Harrison, suing on behalf of themselves and all others similarly situated (collectively "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, Inc. (collectively "Defendants"), by and through their counsel of record, hereby enter into the stipulation set forth below.

WHEREAS:

1. The parties wish to explore the possibility of resolving this matter, believe that settlement discussions are more likely to be successful if they are conducted under the auspices of a magistrate judge, and jointly request an order of reference to Magistrate Judge Laurel Beeler for settlement purposes.

2. Pursuant to the Court's Case Scheduling Order of October 15, 2012 (Docket No. 115), the current deadline for disclosure of Phase I experts is February 1, 2013 and the current cut-off date for Phase I non-expert discovery is February 15, 2013.

3. Because of the nature and scope of the claims and defenses in this action, as well as the current status of discovery, on or about November 20, 2012, the parties informally agreed to stay formal discovery and to continue pending deadlines in this case while they explored preliminary settlement discussions. Since that time, the parties have engaged in preliminary settlement discussions and believe that a stay of formal discovery will facilitate productive settlement discussions and potentially avoid substantial unnecessary costs.

4. The parties jointly request that the Court enter an order confirming the parties' agreement to stay formal discovery and continuing all dates and deadlines set by the Case Scheduling Order of October 15, 2012 for an amount of time equal to the length of the discovery stay.

5. The parties are not now proposing a specific length for the discovery stay. The parties agree that, after the order of reference, they will pursue settlement discussions as expeditiously as the schedules of the magistrate judge and parties permit. Because of the uncertainties of such scheduling, the parties suggest that the Court schedule a case management conference for April 4, 2013. The parties will file a joint case management conference statement in

-3-

Case No. CV 10 2833-RS                STIP & [PROPOSED] ORDER RE REFERENCE TO A MAGISTRATE JUDGE
                                      FOR SETTLEMENT PURPOSES, DISCOVERY STAY & OTHER ISSUES

1  advance of the April 4, 2013 conference; will report on the progress of their settlement negotiations;
2  and will provide their views regarding the utility of continuing the stay, lifting the stay, or setting a
3  fixed expiration date for the stay.
4       5.    While formal discovery is stayed, no party will serve any new discovery or file any
5  discovery motion and no depositions will go forward.
6       6.    Neither this stipulation nor any order entered by the Court pursuant to the stipulation
7  will prejudice any party's substantive or procedural rights upon the expiration of the discovery stay.
8  THEREFORE, THE PARTIES HEREBY STIPULATE, AND JOINTLY REQUEST THE
9  COURT TO ORDER THAT:
10       1.    This matter is hereby referred to Magistrate Judge Laurel Beeler for settlement
11  purposes.
12       2.    Effective November 20, 2012, formal discovery in this matter is stayed.  While formal
13  discovery is stayed, no party will serve any new discovery or file any discovery motion and no
14  depositions will go forward.  Notwithstanding the discovery stay, the parties may voluntarily
15  exchange documents and information under the auspices of the settlement judge.
16       3.    All dates and deadlines set by the Court's Case Scheduling Order of October 15, 2012
17  will be continued for an amount of time equal to the length of the discovery stay.  Within ten (10)
18  days after the stay is lifted or expires, pursuant to order of the Court or agreement of the parties, the
19  parties will submit a proposed Revised Scheduling Order setting forth new deadlines.
20       4.    A case management conference in this matter is hereby set for ~~April 4~~ April 11, 2013, at 10:00
21  a.m.  The parties are to file a joint case management conference statement on or before ~~March 28~~ April 4,
22  2013.

Dated:  January 24, 2013        GORDON W. RENNEISEN
                                          CORNERSTONE LAW GROUP

                                          By:_____/s/Gordon W. Renneisen_____
                                              Gordon W. Renneisen
                                              Counsel for Plaintiffs and all others similarly-situated

1 | Dated: January 24, 2013          NANCY L. ABELL
                                      PAUL HASTINGS LLP

                                      By: _____/s/Nancy L. Abell_____
                                          Nancy L. Abell
                                          Counsel for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: _1/25/13_____          _____
                                   HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE

---

-5-

Case No. CV 10 2833-RS          STIP & [PROPOSED] ORDER RE REFERENCE TO A MAGISTRATE JUDGE
                                FOR SETTLEMENT PURPOSES, DISCOVERY STAY & OTHER ISSUES