UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HILL, *et al.*, | No. C 10-2833 RS (LB) |
| Plaintiffs, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, *et al.*, | |
| Defendants. | |

_____/

The parties have a settlement conference set for Tuesday, May 28, 2013. The case is at the point where plaintiffs need to attend in person. From the submitted settlement conference statements, that apparently was not the parties' contemplation for Tuesday, which means that the settlement conference will not be productive. (The court understands and agrees that from the attorneys' perspective, they have made substantial progress, but they need to complete the basic steps before meeting with the court.) The court called Plaintiffs' counsel, who agreed to call Defendants' counsel.

The court thus vacates the settlement conference set for Tuesday. If counsel can make further progress on the matters that they have been working on, they should use that previously-scheduled time to work on it together and may use the court's jury room if they need a venue. They should

also meet and confer Tuesday at least by telephone with all attorneys on the line (and they should not use email given how many of them there are).  At the meet-and-confer, they should agree on a schedule to supply the additional information that is required by the court's standard settlement order at ECF No 134 and that they did not provide.  Thereafter, they should call courtroom deputy Lashanda Scott at 415-522-3140 to set up a new settlement conference.  They should email their proposed schedule to the court's orders box at lbpo@cand.uscourts.gov.

The additional information that they must submit at least one week before the next settlement conference is as follows.  It may be emailed to the court's orders box.  The parties should not resubmit previously-submitted information.

**Plaintiffs** *must* make a demand (and can separate out attorney's fees if they want but must include them).

**Defendants** *must* respond to the demand and *must* let the court know the demands and response.

**Plaintiffs** *must* provide attorney's fees to date and projected fees and costs through trial and *may* let the court know confidentially.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 10-2833 RS (LB)                    2