UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA HILL, *et al.*, | No. C 10-2833 RS (LB) |
| Plaintiffs, | **FURTHER ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, *et al.*, | |
| Defendants. | |

The court just noticed that Defendants did not provide their fees and costs to date or through trial (as required by the court's standard settlement order). It must do so on the schedule set forth in the just-filed order (ECF No. 142). It may do so confidentially by email to the court's orders box.

**IT IS SO ORDERED.**

Dated: May 24, 2012

LAUREL BEELER
United States Magistrate Judge

FURTHER ORDER RE SETTLEMENT CONFERENCE
C 10-2833 RS (LB)