IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRENDA HILL, et al.,

        Plaintiffs,

  v.

KAISER FOUNDATION HEALTH PLAN, et al.,

        Defendants.

_____/

No. C 10-2833 RS

**ORDER FOR REASSIGNMENT**

     Pursuant to the parties' consent filed this date, this action shall be reassigned for all purposes to Magistrate Judge Beeler.

IT IS SO ORDERED.

Dated: 12/9/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE