**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11   BRENDA HILL, et al.,                    No. C 10-2833 RS

12           Plaintiffs,
         v.                              **ORDER FOR REASSIGNMENT**

13   KAISER FOUNDATION HEALTH PLAN,
     et al.,
14
             Defendants.
15   _____/

16

17        Pursuant to the parties' consent filed this date, this action shall be reassigned for all purposes

18   to Magistrate Judge Beeler.

19

20   IT IS SO ORDERED.

21   Dated:  12/9/13

22                                        _____
                                          RICHARD SEEBORG
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28