1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   BRENDA HILL, MEDHANIE BERHE,            NO. 3:10-CV-02833-LB
     PATSY HARDY, MICHELLE MIKE,
13   EVELYN JENNINGS and RENA                **REVISED SEALING ORDER**
     HARRISON on behalf of themselves and all
14   others similarly situated,              **[Re: ECF Nos. 182, 184, 193, 200, 206, 212,**
                                             **214]**
15                     Plaintiffs,

16         vs.

17   KAISER FOUNDATION HEALTH PLAN,
     INC.; KAISER FOUNDATION
18   HOSPITALS; and THE PERMANENTE
     MEDICAL GROUP;  d/b/a KAISER
19   PERMANENTE MEDICAL CARE
     PROGRAM,
20
                       Defendants.
21

22

23       The court issues this revised sealing order to revise some of its earlier sealing decisions. The

24   previous orders remain in effect except to the extent modified below. The parties must file revised

25   redacted versions to reflect the court's orders. The page numbers in the charts are the page

26   numbers at the bottom of the pages. The document numbers (e.g., H) is the numbered tab in the

27   binder that Kaiser submitted previously. The convention is as follows: (1) 5:17-24 means page 5,

28   lines 17-24 and (2) 5:17-6:24 means page 5, line 17, through page 6, line 24.

**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO DECLARATION OF RAMZI ABADOU (FILED 5/20/15; ECF NOS. 182 & 183-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| H | Exhibit H to Abadou Decl.: Friedman Declaration Re Plaintiffs' Attorneys Fees and Costs in *Hill v. Kaiser* dated July 27, 2013; Settlement – Confidential Summary of Hours Billed By Gordon Renneisen; and Kendra Tanacea Fee Summary  (ECF No. 182-11) | The court eliminates the following redactions. <br><br> 5:27 <br> 9:18-22 |

**FRIEDMAN'S ADMINISTRATIVE MOTION TO FILE EXHIBITS TO FRIEDMAN DECLARATION UNDER TEMPORARY SEAL (FILED 5/26/15; ECF NOS. 184 & 184-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| 6 | Pleading:  Attorney Friedman's Memorandum of Points and Authorities re Sealing (ECF No. 184-3) | The court eliminates the following redactions. <br><br> 5:2-6 & n. 5 <br> 7:1-9 <br> 10:11-24 <br> 11:12-17 (ending with the word "at a level") <br> Notes 15 and 16: unredact except redact the dollar amount in note 15 and redact the first two lines of note 16 and the dollar amount in line 3 <br> 12: eliminate redactions except dollar amount on line 15 <br> 13: unredact except dollar amounts in footnote 19 <br> 19:7-11 <br> 21:12 |

-2-

**FRIEDMAN'S ADMINISTRATIVE MOTION TO FILE EXHIBITS AND AN OPPOSITION MEMORANDUM UNDER TEMPORARY SEAL AND SUPPORTING FRIEDMAN DECLARATION (FILED 6/3/15; ECF NOS. 193 & 193-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| 1 | <u>Pleading</u>:  Friedman's Motion Invoking Supplemental Jurisdiction to Address Reasonable Attorneys' Fees; Memorandum of Points and Authorities in support of Motion and in Opposition to Motion to Enforce Settlement dated 6/3/15 (ECF No. 193-3) | The court eliminates the following redactions.<br><br>5, n.2<br>6:18-28 (including footnotes)<br>7:1-3 (including footnote 5)<br>10:1-11<br>11:1-6 (ending with the word "at a level")<br>n.16: unredact<br>n.17: unredact but redact dollar amounts<br>11:11-12:28 (except redact the dollar amounts in 12:5 and n. 20)<br>13:1-5 & n.21 |
| 2 | <u>Pleading</u>:  Declaration of Attorney Friedman in Support of Cross-Motion re Fee Dispute and In Opposition to Motion to Enforce Settlement Agreement dated 6/3/15 (ECF No. 193-4) | The court eliminates the following redactions.<br><br>2:9-19 (ending with the word "claims")<br>3:23-28 (ending with the word "plaintiffs" and beginning again with the word "Each")<br>4:1-3: unredact except redact dollar amounts |
| 3 | <u>Exhibit 6 to Declaration of Jeremy Friedman</u>: Declaration of Plaintiffs' Attorneys' Fees and Costs to be Released to Defendants dated 9/26/13 in connection with settlement discussions (ECF No. 193-5) | The court eliminates the following redaction.<br><br>9:17-22 |

**FRIEDMAN'S ADMINISTRATIVE MOTION TO SEAL AND SUPPORTING DECLARATION (FILED 6/23/15; ECF NOS. 206 & 206-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| 1 | <u>Pleading</u>:  Friedman's Reply to Kaiser's Opposition to Motion Invoking Supplemental Jurisdiction to Address Reasonable Attorneys' Fees dated 6/23/15 (ECF No. 206-3) | The court eliminates the following redactions.<br><br>5:5-17<br>6:1-11: unredact except redact dollar amount |

**FRIEDMAN'S ADMINISTRATIVE MOTION TO SEAL AND SUPPORTING DECLARATION (FILED 6/26/15; ECF NOS. 212 & 212-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| 1 | Pleading:  Friedman's Reply to Disputing Plaintiffs' Opposition to Motion Invoking Supplemental Jurisdiction to Address Reasonable Attorneys' Fees dated 6/26/15 (ECF No. 212-3) | The court eliminates the following redactions.<br><br>5:17-19<br>6:1-11 |

**FRIEDMAN'S ADMINISTRATIVE MOTION TO SEAL AND SUPPORTING DECLARATION (FILED 7/15/15; ECF NOS. 215 & 215-1)**

| | Description of Document Filed Under Seal Pursuant to L.R. 79-5 | Result |
|---|---|---|
| 1 | Pleading:  Friedman's Reply to Kaiser's Response re Sealing dated 7/15/15 | unchanged |

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
LAUREL BEELER
United States Magistrate Judge