1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   Law Office of Jeremy L. Friedman
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HILL, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 3:10-cv-2833 LB |
| Plaintiffs, | NOTICE OF APPEAL |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN; KAISER FOUNDATION HOSPITALS, INC., and THE PERMANENTE MEDICAL GROUP, INC.; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM | |
| Defendants. | |

Notice is hereby given that Jeremy L. Friedman, counsel for plaintiffs and putative class in the underlying litigation and fee claimant in the district court, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the portions of the Order Denying Fees from defendant Kaiser entities, entered in this action on September 1, 2015 (Docket Item Nos. 235 & 236), including denial of referral to an Article III judge. This appeal includes all interlocutory orders related to the Order denying fees, including the revised sealing order entered the same day (Docket Item No. 237) and prior sealing orders (July 27, 2015, Docket Item No. 218; August 3, 2015, Docket Item No. 230).

This appeal does not include portions of the September 1, 2015, Order relating to Friedman's fees from disputing plaintiffs, for which the district court has ordered additional related proceedings. Friedman will amend his notice of appeal as appropriate, and will request the Ninth Circuit stay the appeal until those related proceedings in the district court are concluded, or the parties otherwise resolve the remaining disputes.

1

2  Dated: September 30, 2015

3

4

Respectfully submitted,

JEREMY L. FRIEDMAN

By:  /s/Jeremy L. Friedman
Jeremy L. Friedman
Fee Claimant

# REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2, fee claimant and appellant identifies the following parties and their counsel:

| | |
|---|---|
| Fee Claimant | **Jeremy L. Friedman**<br>Attorney at Law<br>2801 Sylhowe Road<br>Oakland, CA 94602<br>Telephone: (510) 530-9060<br>Facsimile: (510) 530-9087<br>jlfried@comcast.net |
| Attorneys for defendants KAISER FOUNDATION HEALTH PLAN; KAISER FOUNDATION HOSPITALS, INC., and THE PERMANENTE MEDICAL GROUP, INC.; all doing business as KAISER PERMANENTE MEDICAL CARE PROGRAM | NANCY L. ABELL (SB# 088785)<br>nancyabell@paulhastings.com<br>HEATHER A. MORGAN (SB# 177425)<br>heathermorgan@paulhastings.com<br>JAN E. EAKINS (SB# 100612)<br>janeakins@paulhastings.com<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br><br>GINA GUARIENTI COOK (SB# 245611)<br>ginacook@paulhastings.com<br>PAUL HASTINGS LLP<br>55 Second Street, Twenty-Fourth Floor<br>San Francisco, CA 94105<br>Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |