1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)
   heathermorgan@paulhastings.com
3  JAN E. EAKINS (SB# 100612)
   janeakins@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA 90071-2228
   Telephone:  (213) 683-6000
6  Facsimile:  (213) 627-0705

7  GINA GUARIENTI COOK (SB# 245611)
   ginacook@paulhastings.com
8  PAUL HASTINGS LLP
   55 Second Street, Twenty-Fourth Floor
9  San Francisco, CA 94105
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN,
12 INC., KAISER FOUNDATION HOSPITALS,
   and THE PERMANENTE MEDICAL
13 GROUP, INC.

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | BRENDA HILL, MEDHANIE BERHE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON on behalf of themselves and all others similarly situated, | NO. CV 10 2833-LB

**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO SEAL [ECF NO. 265]**

**[Filed Concurrently With Defendants' Response to Attorney Friedman's Administrative Motion for Leave to File Motion and Exhibits Under Seal [ECF No. 265]**

Plaintiffs,

vs.

KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP; d/b/a KAISER PERMANENTE MEDICAL CARE PROGRAM,

Defendants.

Having read and considered Jeremy Friedman's Administrative Motion for Leave to File Motion and Exhibits under Seal, his supporting Declaration, and Defendants' Response, the Court rules as follows:

1. Mr. Friedman must file his proposed redacted versions and unredacted highlighted versions of his Motion for a Determination of Reasonable Attorneys' Fees and supporting Declaration of Jeremy Friedman (ECF Nos. 265-2 and 265-3) under seal in accordance with this Court's prior sealing Orders and Local Rule 79-5 on or before __March 31__, 2016 [not later than the date Mr. Friedman's reply papers are due on March 31, 2016].

2. Defendants will have an opportunity to timely respond to the redactions proposed by Mr. Friedman, including submitting additional proposed redactions if necessary, within four (4) days after service of Mr. Friedman's supplemental pleading in accordance with the Local Rules of this Court.

IT IS SO ORDERED.

Dated: __February 22__ 2016

Laurel Beeler
United States Magistrate Judge