1  Ron U. Lunski (SBN 215531)
   LUNSKI & STIMPERT LLP
2  201 Spear Street, Suite 1100
   San Francisco, CA 94105
3  Ph: (415) 426-3525
   Fax:(415) 426-3524
4  ron@lunskilaw.com

5  *Counsel for Plaintiffs Michelle Mike,*
   *Medhanie Berhe, Patsy Hardy,*
6  *Rena Harrison Thomas and*
   *Wilma Joyce Jennings*

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **(San Francisco)**

10

| | |
|---|---|
| BRENDA HILL, MEDHANIE BERHE, PATSY HARDY, MICHELLE MIKE, EVELYN JENNINGS and RENA HARRISON, Individually and on Behalf of All Others Similarly Situated, | No. CV 10 2833-LB |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT SUBMISSION AND STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE PERTAINING TO ATTORNEY JEREMY FRIEDMAN'S CLAIM FOR ATTORNEYS FEES** : ORDER |
| KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and THE PERMANENTE MEDICAL GROUP; d/b/a KAISER PERMANENTE MEDICAL CARE PROGRAM, | Date:       June 9, 2016<br>Judge:      Hon. Laurel Beeler<br>Courtroom: Courtroom C – 15th Floor |
| Defendants. | (Civil LR 7-11 and 11-5) |

Undersigned counsel certify that they exchanged emails and telephone communications regarding Plaintiffs' counsel's request for a 14-day continuance of the hearing date. Counsel were able to reach agreement on a new hearing date as described below. Counsel are not seeking any change to the previously ordered briefing schedule.

**REQUEST FOR SCHEDULING CHANGE**

Attorney Lunski filed a motion to substitute in as counsel for Plaintiffs on February 22, 2016. The Court granted the motion to substitute in as counsel on February 23, 2016.

On February 29, 2016, the parties stipulated to a new briefing schedule that included a June 9, 2016 hearing date. At the time that the parties agreed to that hearing date, Attorney Lunski was not aware that he had to be out of the country during that date for a very important family matter. Attorney Lunski is not seeking any extension of the briefing schedule so as not to cause any further delay in these proceedings.

On April 1, 2016, Attorney Lunski and Attorney Friedman spoke by telephone to discuss Attorney Lunski's request that the hearing on the fee dispute be continued by 14 days so as to allow Attorney Lunski to be present at the hearing for Attorney Friedman's motion for attorneys fees. Attorney Friedman had no objection to this request and thus stipulates to a new June 23, 2016 hearing date.

**CHART WITH PROPOSED DATES**

| CASE EVENT | STIPULATED PROPOSAL | COURT ORDER |
|---|---|---|
| Hearing | June 23, 2016 | |

This submission is not made for delay or any other improper purpose.

WHEREFORE, the parties respectfully request that this Court enter the [proposed] order permitting the continuance of the hearing date and associated briefing schedule deadlines as set forth herein.

Dated: April 5, 2016                                **LUNSKI & STIMPERT LLP**

                                                  By:        /s/ Ron U. Lunski

                                                  RON URI LUNSKI (SBN 215531)
                                                  ron@lunskilaw.com
                                                  LUNSKI & STIMPERT LLP
                                                  201 Spear Street, Suite 1100
                                                  San Francisco, CA 94105
                                                  Ph: (415) 426-3525
                                                  Fax:(415) 426-3524

Dated: April 5, 2016                                **JEREMY L. FRIEDMAN**

                                                  By:        /s/ Jeremy L. Friedman

                                                  JEREMY L. FRIEDMAN (SBN 142659)
                                                  jlfried@comcast.net
                                                  LAW OFFICE OF JEREMY L. FRIEDMAN

                                                  2801 Sylhowe Road

                                                  Oakland, CA 94602
                                                  Telephone: (510) 530-9060
                                                  Facsimile:  (510) 530-9087

## [PROPOSED] ORDER

Having reviewed and considered the Joint Submission and Stipulation of the Parties to Continue the Hearing and Briefing Schedule, and good cause appearing, the Court hereby Orders that the hearing date has been continued to June 23, 2016 and the Court retains the previously ordered briefing schedule.

**IT IS SO ORDERED**

DATED: April 7, 2016
_____

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE